the bar examination is assigned to the calendar of March 9, 1973 for oral argument. Kelleher, J. not participating. *Edward J. Radlo,* petitioner, pro se.

M. P. No. 1719. CHURCH OF GOD AND SAINTS OF CHRIST *v.* RADIOFONE OF NEW ENGLAND, INC. Motion of defendant-petitioner to reinstate matter and to permit filing of its brief by February 26, 1973 is denied. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for plaintiff-respondent. *Goldman, Grady & Biafore, John H. Hines, Jr.,* for defendant-petitioner.

M. P. No. 1986. STATE *v.* ROBERT G. COLE. Treating the petition for leave to file a bill of exceptions nunc pro tunc as a petition for habeas corpus, the petition and papers herein are remanded to the Superior Court with a direction that said court thereupon proceed to hold an evidentiary hearing and decide the issue of the alleged ineffective representation of counsel afforded to petitioner by his trial counsel.

Counsel other than the Public Defender shall be appointed by the Superior Court to represent petitioner in the further prosecution of his petition.

Motion for transcript as prayed is granted, and the Attorney General is directed to arrange for the preparation and transmission of the transcript to petitioner. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff-respondent. *Robert G. Cole,* defendant-petitioner, pro se.

Ex. No. 1762. STATE *ex rel.* WILLIAM E. RADICAN *v.* GUY R. BERKER. Motion of defendant to assign case for argument is granted. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

APPEAL No. 73-36. BARBARA CHLEBEK *et al. v.* WALTER AWIN. Motion of defendant to dismiss appeal of plaintiff is granted. *John F. McBurney,* for plaintiffs. *Keenan, Rice, Dolan & Reardon, John T. Keenan,* for defendant.